

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Vianney Robles, | § | No. 08-19-00225-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| Amy Nichols, Kubinski & Nichols, P.C., Andres E. Almanzan,Mounce, Green, | § | of El Paso County, Texas |
| Myers, Safi, Paxson & Galatzan, P.C. aka Mounce, Green , Myers, Safi,Paxson & | § | (TC# 2019DCV1582) |
| Galatzan, A Professional Corporation, | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the reply brief until **February 11, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Doris Sipes, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before February 11, 2020.

IT IS SO ORDERED this 22nd day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.